# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWIN S. ROBERTS,**

      **Plaintiff,**

-vs-                                        **Case No. 6:09-cv-515-Orl-31GJK**

**WALPOLE, INC., and EDWIN E. WALPOLE, III,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on Joint Motion for Approval of Settlement (Doc. No. 18) filed January 8, 2010.

On March 17, 2010, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Joint Motion for Approval of Settlement is GRANTED. This case is dismissed with prejudice and the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of March, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                        GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE